UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                    Case No.: 15-28607-BKC-JKO

Gary Francis Hoste,                                       Chapter 7

_____Debtor_____/

Sonya Salkin,                                             Adv. No.: 16-1324-BKC-JKO-A

       Plaintiff(s).

v.

Gary Francis Hoste,

       _____Defendant___/

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

FEB -6 2017

FILED ___ RECEIVED ___

### REPORT OF MEDIATOR

The undersigned court-appointed mediator, reports to the court as follows:

    A.    A mediation conference was conducted on February 2, 2017.
    B.    The conference resulted in the following:

Resolution:

_____ The parties reached an impasse.

_____X_____ The parties settled the following issues:

        (A) all issues

Attendance:

Parties and Counsel present:   All that were required.

Dated: __FEB - 6 2017__        _____(signed)_____
                               signature of mediator

                               Hon. Paul G. Hyman, Jr.
                               print name
                               1515 N Flager Drive, Room 801
                               address
                               West Palm Beach, FL 334101
                               city, state, zip code

Copies to:

**Mark Bonacquisti, Esq.** is hereby directed to serve a copy of this Order on all interested parties and file a Certificate of Service thereof in accordance with Local Rules 2002-1(F), 5005- 1(G)(2), and 9021-1(A).

LF-54 (rev. 12/01/09)